

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00533-CV

In the Interest of **O.B.** and N.R.L.B., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-1244
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a).

SIGNED September 11, 2013.

_____
Karen Angelini, Justice